## No. 4.

### STANBURY *against* DEAN. *Rutland,* 1820.

IN an action of *ejectment*, by mortgagee, to recover possession of the mortgaged premises, plaintiff may recover, in damages, the mesne profits, after the expiration of the law day, and after notice to quit.

THIS was an action of ejectment, to recover lands, by virtue of a mortgage deed.

It is agreed, that judgment be entered for the plaintiff, to re-

cover possession of the mortgaged premises, in common form, with one hundred dollars damages, subject to the opinion of the Court, at the law term, whether any more than nominal damages are recoverable in this case; if the Court should be of opinion that, in *any case* of ejectment, on mortgage, more than nominal damages are recoverable, then the judgment aforesaid, to remain, &c.

It was contended, that damages may be recovered for mesne profits, after condition broken; and also, for waste or injury, either before or after condition broken.

Decided by the Court. That after the law day expires, and notice to quit, by mortgagee, he may recover the mesne profits in this action.

The Court did not decide the question, whether damages could be recovered, for waste or injury, either before or after condition broken.